UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |
|---|---|
| In Re: | ) |
|  | )   Chapter 7 |
| THE BACKYARD COLLABORATIVE, INC., | ) |
|  | )   Case No. 14-42001-MSH |
| Debtor. | ) |

### NOTICE OF INTENDED AUCTION SALE OF DEBTOR'S ASSETS FREE AND CLEAR OF ALL LIENS, INTERESTS AND ENCUMBRANCES AT PUBLIC AUCTION SALE

**NOTICE IS HEREBY GIVEN**, pursuant to 11 U.S.C. §§ 363(b)(1) and (f), Fed. R. Bankr. P. 2002 (a)(2) and 6004, and MLBR 2002-5 and 6004-1, that Anne J. White, the duly-appointed Chapter 7 Trustee (the "Trustee") of The Backyard Collaborative, Inc. (the "Debtor") intends to sell, at public auction sale, the Debtor's right, title and interest in assets including, without limitation, the vehicles, equipment and inventory of the Debtor which include one Dump Truck, Trailer(s), Bobcat, Ladders and Staging and miscellaneous small equipment all as more particularly described herein below (collectively the "Equipment") in accordance with the terms and conditions contained in this Notice and in the *Trustee's Motion for Order Authorizing Sale of Debtor's Assets at Public Auction Sale Free and Clear of All Liens, Interests and Encumbrances*, all as is more particularly described below.

### TERMS OF SALE

1. The assets to be sold include, the Debtor's right, title and interest to personal property located at 7 Bridge Street #9, Billerica, Massachusetts which includes a 1999 Hino Diesel Dump Truck, 20 foot Eager Beaver trailer, John Deere #7775 Skid

Steer Bobcat with bucket, auger, fork, and grapple bucket attachments and various additional accessories, materials and equipment associated with construction (collectively, the "Equipment")

    2.    The Trustee intends to conduct a public auction sale of the Equipment on **Wednesday, October 29, 2014** at **12:00 Noon** at the Debtor's former place of operation, namely, 7 Bridge Street #9, Billerica, Massachusetts 01821. (Inspection is available on Wednesday, October 29, 2014 commencing at 11:00 AM.) Said auction sale will be conducted by Paul E. Saperstein Co., Inc. (the "Auctioneers"). The proposed sale procedures are more particularly described in the *Trustee's Motion for Order Authorizing Sale of Debtor's Assets at Public Auction Sale Free and Clear of All Liens, Interests and Encumbrances* (the "Motion For Auction Sale").

    3.    The sale of the Equipment shall be free and clear of all liens, claims, encumbrances and interests of any kind, with all valid, perfected and unavoidable liens attaching to the proceeds of the sale in their order of priority.

    4.    The Equipment shall be sold "as is" and "where is" and without any warranties or representations.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion For Public Sale must be in writing, and filed with the Clerk of the United States Bankruptcy Court, 211 Harold D. Donohue Federal Bldg., 595 Main Street, Worcester, MA 01608-2076 on or before **October 20, 2014**, at **4:30 P.M.** (the "Objection Deadline"). A copy of any such objection must also be served upon the Trustee, Anne J. White, at the address set forth below. Any objections to the sale must state with particularity the grounds for the objection to the sale and comply with Fed. R. Bankr. P. 9014.

2

A hearing on the Motion For Public Sale is scheduled to take place on **October 23, 3014** at **10:00** **A.M.** before the Honorable Melvin S. Hoffman, United States Bankruptcy Judge, Court Room 3, 211 Harold D. Donohue Federal Bldg., 595 Main Street, Worcester, Massachusetts.  Any party who has filed an objection is expected to be present at the hearing, failing which the objection will be overruled.  If no objections to the sale is timely filed, the Bankruptcy Court, in its discretion, may cancel the scheduled hearing and grant the Motion For Auction Sale.

Inquiries.  Any questions concerning the Equipment or the foregoing terms and conditions should be directed to the Chapter 7 Trustee or Paul E. Saperstein and Co. Inc. at 617-227-6553.  Also, see, www.pesco.com.

                          Respectfully submitted,

                          ANNE J. WHITE
                          CHAPTER 7 TRUSTEE,

                          /s/ Anne J. White
                          Anne J. White (BBO #524960)
                          DEMEO LLP
                          200 State Street
                          Boston, MA  02109
                          Tel: (617) 263-2600

Dated: September 25, 2014          Fax: (617) 263-2300